FILED & ENTERED

APR 19 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Villalas DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

In re:

Angel Rodriguez,

Debtor(s).

Case No: 1:10-bk-14437-MT

Chapter: 7

**ORDER TO SHOW CAUSE RE DISMISSAL**

Date:     April 28, 2010
Time:    10:00 a.m.
Location: Courtroom 302

Section 303(b) of the United States Bankruptcy Code provides that a creditor may not be an involuntary petitioner if its claim is the subject of a bona fide dispute as to either liability or amount, and the claims needed to meet the monetary requirement must be both noncontingent and undisputed. 11 U.S.C. §303(b)(1)-(2). As the involuntary petition filed in this case does not provide any detail regarding the validity of the alleged claim(s),

**ON THE COURT'S OWN MOTION, IT IS HEREBY ORDERED** that a hearing in the above-referenced case will be held on April 28, 2010 at 10:00 a.m. in Courtroom 302 at 21041 Burbank Blvd., Woodland Hills, CA 91367, to show cause why this involuntary case should not be dismissed.

DATED: April 19, 2010

_____
United States Bankruptcy Judge

- 1 -

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER TO SHOW CAUSE RE DISMISSAL** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of April 19, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

**Angel Rodriguez**
23150 Burbank Blvd
Woodland Hills, CA 91367

**John Roberts**
8357 Vassar Ave
Canoga Park, CA 91304

**Jose Hernandez**
8357 Vassar Ave
Canoga Park, CA 91304

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page